AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**OMAR WALKER,**<br>a/k/a Nathan Lee Francis,<br>a/k/a John Doe<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 13-8164-JMH<br>)<br>)<br>) |

FILED by _____ D.C.
MAR 21 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/30/2012__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC Section 1542 | False statements in application and use of passport. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin Grant, Special Agent, DSS
*Printed name and title*

I find probable cause. J.M.H.
Sworn to before me and signed in my presence.

Date: __3-21-13__

_____
*Judge's signature*

City and state: __West Palm Beach, FL__   U.S. Magistrate Judge James M. Hopkins
*Printed name and title*

## COMPLAINT AFFIDAVIT

I, Kevin Grant, being duly sworn, depose and state that:

## INTRODUCTION AND BACKGROUND

1. I am a Special Agent (SA) employed by the U.S. Department of State, Bureau of Diplomatic Security (DS), and have been so employed since March 2011. Prior to March 2011, I was employed as an engineer for various government contractor companies and have served in the military reserves since 1999.

2. I am responsible for enforcing federal criminal statutes relating to the fraud and misuse of U.S. passports, U.S. visas, and other travel documents used to transit international borders, including False Statements in the application for a U.S. Passport, in violation of Title 18, United States Code, Section 1542.

3. This affidavit is made in support of an application for a criminal complaint charging Omar Walker, a/k/a Nathan Lee Francis, a/k/a John Doe, with False Statements in the application for a U.S. Passport, in violation of Title 18, United States Code, Section 1542. As such, I have not included in the affidavit each and every fact known to me about the matters set forth herein, but only those facts and circumstances that I believe are sufficient to establish probable cause for this Court to authorize a criminal complaint and an arrest warrant for Omar Walker, a/k/a Nathan Francis, a/k/a John Doe.

4. I am familiar with all the facts and circumstances surrounding this investigation as set forth herein, from my own investigative efforts, as well as from information obtained from other law enforcement officers with personal knowledge of the evidence and activities described herein.

## THE INVESTIGATION

5. On or about October 30, 2012, an individual purporting to be Nathan Lee Francis, submitted a DS-11 Application for United States Passport application number 510064605 at a U.S. Postal passport application acceptance facility in West Palm Beach, Florida. As proof of identification, the applicant gave the passport acceptance agent a Florida driver's license issued on July 2, 2012. As proof of citizenship, the applicant provided a U.S. Virgin Island birth certificate issued on May 21, 2012. By signing the submitted application, the applicant swore under oath that all information in the passport application was true, that he was a United States citizen, and the photograph attached to the passport application was a true likeness of him.

6. After being accepted by the U.S. Postal passport acceptance agent, the application was forwarded for adjudication. During the passport adjudication process, the passport application for Nathan Lee Francis invoked a facial

1

recognition match to another identity, Omar Walker. The application was forwarded to the fraud prevention unit for further review and subsequently forwarded to DS for investigation. Your affiant compared the passport photos for Nathan Lee Francis and Omar Walker and concluded that they bear a strong likeness to each other.

7. According to U.S. Department of State records, on or about July 18, 2011, a person purporting to be Omar Walker submitted by mail a DS-82 Passport Renewal Application, application number 246395028, in order to replace a passport previously issued to him in 2001 which was due to expire in 2011. The application had been referred to the National Passport Center's (NPC) Fraud Prevention Office due to several fraud indicators. The NPC sent the applicant, Omar Walker, several letters requesting additional identification and eventually denied the application with a lookout placed on the identity after Omar Walker failed to adequately comply with the letters.

8. On January 17, 2013, your affiant searched the Florida Driver And Vehicle Information Database (DAVID) using the biographical information for Nathan Lee Francis and Omar Walker obtained from the previously submitted passport applications. The DAVID search yielded driver licenses for both identities. A comparison between the photos for Nathan Lee Francis and Omar Walker bear a strong likeness to each other. Both photos depict a black male with a large mole on the inside corner of the right eye being visible on both driver's license photos. These photos were later compared to the DS-11 and DS-82 passport photos. All of the photos bear a strong likeness to each other.

9. DAVID records indicate that a person purporting to be Nathan Lee Francis had received Florida driver's license number F652-632-83-322-0 on July 2, 2012. This driver's license was used in association with the October 2012 passport application.

10. DAVID records indicate that a person purporting to be Omar Walker had received multiple Florida driver's licenses from 2000 until the last license issued in 2010. Omar Walker had received Florida driver's license number W426-640-77-343-0 and used this license in association with the 2001 and 2011 passport applications in the name of Omar Walker.

11. On January 21, 2013, your affiant requested booking photographs from the U.S. Virgin Island Police Department (VIPD) of the person believed to be the "true" Nathan Lee Francis. Records indicate that the "true" Nathan Lee Francis had been arrested in 2003 and 2010 in the U.S. Virgin Islands. VIPD provided booking photographs of the "true" Nathan Lee Francis. Your affiant compared the VIPD booking photos of the "true" Nathan Lee Francis to those of the passport photo and Florida driver's license photo submitted in the name of Nathan Lee Francis to the passport acceptance agent on October 30, 2012 by the man believed to be Omar Walker. The VIPD booking photos of the "true"

Nathan Lee Francis did not bear a likeness to the passport and Florida driver's license photo submitted by the man believed to be Omar Walker.

12. On January 21, 2013, your affiant requested verification of the birth information for Omar Walker from the New Jersey office of vital statistics. The Fraud Prevention Unit had previously submitted a query using the Electronic Verification Vital Events system. The query resulted in no match being found using the birth information for Omar Walker. Your affiant received verification from the New Jersey office of vital statistics via telephone and by letter that the biographical information for Omar Walker did not exist in the records of Middlesex County, New Jersey, the county in which Omar Walker claims to have been born.

13. Based on the information contained in this affidavit, I submit that there is probable cause to believe that Omar Walker, a/k/a Nathan Lee Francis, a/k/a John Doe, did knowingly and willfully make False Statements in the application for a U.S. Passport, in violation of Title 18, United States Code, Section 1542 on or about October 30, 2012 in Palm Beach County in the Southern District of Florida.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Kevin Grant
Special Agent
Diplomatic Security Service


Subscribed and sworn to before me this 21st day of March, 2013, at West Palm Beach, Florida

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-8164-JMH

UNITED STATES OF AMERICA

vs.

OMAR WALKER,
a/k/a Nathan Lee Francis,
a/k/a John Doe

                Defendant.
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

                Respectfully submitted,

                WIFREDO A. FERRER
                UNITED STATES ATTORNEY

BY: _____
                AURORA FAGAN
                ASSISTANT UNITED STATES ATTORNEY
                Aurora.Fagan@usdoj.gov
                Florida Bar No. 188591
                500 S. Australian Avenue, Suite 400
                West Palm Beach, FL 33401-6235
                Tel: (561) 820-8711
                Fax: (561) 820-8777